No. 11–7944. CHAPMAN *v.* UNITED STATES POSTAL SERVICE ET AL. C. A. 11th Cir. Certiorari denied.

No. 11–7946. BLACKMON *v.* FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 11–7947. BYNUM *v.* CITY OF CHARLOTTE SANITATION DEPARTMENT; BYNUM *v.* BARTON SECURITY; BYNUM *v.* MECK-LENBURG COUNTY SCHOOL; and BYNUM *v.* CHARLOTTE HOUSING AUTHORITY. C. A. 11th Cir. Certiorari denied.

No. 11–7948. BATISTE *v.* SMALL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–7950. VELASCO HERNANDEZ *v.* PREMO, SUPERINTEND-ENT, OREGON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.

No. 11–7952. PRICE *v.* KANSAS. Ct. App. Kan. Certiorari de-nied.

No. 11–7955. WISHNEFSKY *v.* SALAMEH. C. A. 3d Cir. Cer-tiorari denied.

No. 11–7958. SEABROOKS *v.* BELL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–7959. LOPEZ RAMIREZ *v.* FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 11–7960. SING *v.* NEBRASKA. Sup. Ct. Neb. Certiorari denied.

No. 11–7961. STUKES *v.* BICKELL, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–7962. TOLENTINO *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 11–7964. WIGGINS *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.